UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE ROBERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>　　　　Defendant. | Case No. 17-cv-00874-HSG (PR)<br><br>**JUDGMENT** |

A judgment of dismissal without prejudice is entered against Plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 5/10/2017

　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　United States District Judge